UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

ST. PAUL FIRE & MARINE INSURANCE
COMPANY

      Plaintiff,    Civil Case No. 3:09-CV-00476-RLV-DSC

v.

RENNE ACQUISISTION CORP. DBA
AUTO RESOURCES GROUP; AUTO RAIL
SERVICES OF NEW BOSTON, INC., AUTO
RAIL SERVICES OF MARYLAND, INC.;
AUTO RAIL SERVICES OF KTP, INC.,
AUTO RAIL SERVICES OF
PENNSYLVANIA, INC., and
TOTAL DISTRIBUTION SERVICES, INC.

      Defendants.

## DEFENDANT TOTAL DISTRIBUTION SERVICES INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL CIVIL RULE 12

For the reasons set forth in the accompanying Memorandum of Law, defendant Total Distribution Services, Inc. ("TDSI") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the Complaint filed by plaintiff St. Paul Fire & Marine Insurance Company and award TDSI reasonable attorney's fees and such other relief as the Court deems just proper.

          Respectfully submitted,

          **BURTON & SUE, L.L.P.**

    By:  /s/ *[signature]*
        Gary K. Sue
        419 N. Elm Street
        P.O. Box 20083
        Greensboro, NC 27420
        Telephone: (336) 275-0512
        Facsimile: (336) 378-1390

Of Counsel:

Paul D. Keenan *(Pro Hac Vice to be filed)*
David F. Watkins Jr.*(Pro Hac Vice to be filed)*
**KEENAN COHEN & HOWARD P.C.**
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Telephone:   (215) 609-1110
Facsimile:   (215) 609-1117

Dated: November 30, 2009         Attorneys for Defendant
                                 Total Distribution Services, Inc.